James S. Coon
OSB# 771450
THOMAS, COON, NEWTON & FROST
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone (503) 228-5222
Fax (503) 273-9175
E-mail: jcoon@tcnf.legal

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| CATHY D. MARTIN,<br>            Plaintiff,<br><br>v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br>            Defendant. | Case No.: 3:15-cv-00573-AC<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $2,193.19 will be awarded to Plaintiff in care of her attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under *Astrue v. Ratliff*, 560 U.S. 586 (2010), and mailed to her attorney, James S. Coon, at Mr. Coon's address: 820 SW 2nd Ave Ste 200, Portland OR 97204. There are no costs or expenses.

Dated this 18th day of November, 2016.

_____
United States ~~District~~ Magistrate Judge

Presented by:
James S. Coon
Thomas, Coon, Newton & Frost
Of Attorneys for Plaintiff